206

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 66976.**—Associated Metals & Minerals Corp. *v.* United States, protest 61/4750 (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of coils of lead sheet in chief value of metal, imported for use in remanufacture by melting, the claim of the plaintiff was sustained.

**No. 66977.**—Carlyle Fabrics *v.* United States, protests 296007–K and 303282–K (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 66978.**—National Carloading Corp. and Vanetta Mill of California, Inc. *v.* United States, protest 316600–K (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

**No. 66979.**—Heeksuede, Inc. *v.* United States, protests 60/28164, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 66980.—Schnitzer Steel Products Co. *v.* United States, protests 306786–K, 315357–K, and 315359–K (Portland, Oreg.).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of scrap lead similar in all material respects to that the subject of *Schnitzer Steel Products Co.* v. *United States* (45 Cust. Ct. 173, C.D. 2220), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 16, 1962

No. 66981.—Park & Tilford Import Corp. *v.* United States, protest 176433–K (New York).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 66982.—D. C. Andrews & Company, Inc. *v.* United States, protest 61/2002 (New York).

Opinion by JOHNSON, J. At the trial, the official papers were received in evidence and the case was submitted. In view of the record presented showing that the issues are the same as those involved in Abstract 57104, the claim of the plaintiff was sustained.